## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 5th day of January, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Mr. Butch Crum
*Overland Machinery*
182 Crum Drive
Reynoldsburg, OH 43068

_____
Mary E. Augustine (No. 4477)

612634v1                                  3